UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SA CV 09-1451-JST (MLGx)  Date: September 9, 2010
Title: Real Estate Image Inc., etc. v. Postcentric Inc.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                    Not Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE A JOINT 26(f) REPORT, VACATING THE 1:30 P.M. SEPTEMBER 13, 2010 SCHEDULING CONFERENCE (Doc. 20), AND SETTING AN ORDER TO SHOW CAUSE HEARING FOR SEPTEMBER 27, 2010, AT 10:00 A.M.

On June 21, 2010, Judge David O. Carter issued an Order (Doc. 20) setting a scheduling conference for September 13, 2010, at 8:30 a.m., that required counsel to submit a joint 26(f) report by August 30, 2010. To date, counsel has failed to submit their joint report. Pursuant to Judge Carter's Order and Local Rule 83-3.1, failure to submit a joint 26(f) report may result in dismissal of the action, striking the action and entering a default, and/or the imposition of sanctions. (Doc. 20 at 3.)

The Court hereby VACATES the September 13, 2010 scheduling conference set at 1:30 p.m., and issues an order to show cause as to why the Court should not dismiss this action, strike the action and enter a default, and/or impose sanctions for counsel's failure to submit a joint 26(f) report. The Court sets an order to show cause hearing for **September 27, 2010, at 10:00 a.m.** No later than September 17, 2010, counsel shall submit a joint 26(f) report and a separate written response explaining why counsel has failed to comply with the Scheduling Conference Order.

The Order to Show Cause will stand submitted upon the filing of an appropriate response.

Initials of Preparer: enm