JS-6

1
2
3
4
5

Marc E. Hankin (SBN 170505)
marc@hankinpatentlaw.com
**HANKIN PATENT LAW, APC**
6404 Wilshire Boulevard, Suite 1020
Los Angeles, CA 90048-5512
Tel: (323) 944-0206/Fax: (323) 944-0209
Attorneys for Plaintiff-Counterdefendant,
**REAL ESTATE IMAGE, INC. d/b/a
ADVANCED IMAGE DIRECT**

6
7
8
9
10
11

Christopher Kelly [Pro Hac Vice]
ckelly@wileyrein.com
Jennifer L. Elgin [Pro Hac Vice]
jelgin@wileyrein.com
**WILEY REIN LLP**
1776 K Street N.W.
Washington, D.C.  20006
Telephone:  202.719.7000
Facsimile:  202.719.7049
Attorneys for Defendant-
Counterclaimant
**POSTCENTRIC, INC.**

12

**UNITED STATES DISTRICT COURT**

13

**CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| REAL ESTATE IMAGE, INC. d/b/a ADVANCED IMAGE DIRECT, | ) **Case No.  SACV09-01451 JST** ) **(MLGx)** |
| Plaintiff-Counterdefendant, | ) ) |
| v. | ) **ORDER DISMISSING** ) **COMPLAINT AND THE ACTION** ) **IN ITS ENTIRETY WITH** ) **PREJUDICE** |
| POSTCENTRIC, INC., | ) |
| Defendant-Counterclaimant. | ) **ACTION FILED:  DECEMBER 10,** ) **2009** |
| | ) |
| | ) **U.S. DISTRICT JUDGE** ) **JOSEPHINE S. TUCKER** |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

## <u>ORDER</u>

2      The Court having read and reviewed the attached Stipulation for Dismissal,

3  and good cause therefor appearing, the Court hereby approves the Stipulation and

4  Orders as follows.

5      IT IS HEREBY **ORDERED**:

6

7      1.   This action and all claims and counterclaims herein are hereby

         DISMISSED WITH PREJUDICE.

8

9      2.   Each of the Parties shall bear its own attorneys' fees and costs incurred

10         in connection with this action.

11

12     **IT IS SO ORDERED**.

13

14                                    JOSEPHINE STATON TUCKER

   DATED:  January 31, 2011          _____
15                                    HONORABLE JOSEPHINE S. TUCKER
                                      UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER DISMISSING COMPLAINT AND THE ACTION IN ITS ENTIRETY WITH PREJUDICE**
**Case No.:  SACV09-01451 JST (MLGx)**